# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422−3 | User: MichelleStehle | Date Created: 8/20/2025 |
| Case: 25−03033−KLP | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Suad Bektic | sbektic@newdaylegal.com |

TOTAL: 1