THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br>**CHRISTINA M. McDERMOTT**<br><br>Debtor | **Case No. 25-31871-KLP**<br>Chapter 7 |

| | |
|---|---|
| CHRISTINA M. McDERMOTT<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>DEPARTMENT OF EDUCATION<br><br>and<br><br>MAXIMUS EDUCATION, LLC dba<br>AIDVANTAGE<br><br>Defendants. | **AP: 25-03033** |

**PRAECIPE**

WILL THE CLERK OF THE COURT please issue an Alias Summons and Notice in this Adversary Proceeding for service on the Defendants for the Complaint filed on August 18, 2025 at Docket Number 1.

CHRISTINA M. McDERMOTT
By Counsel

/s/ John C. Morgan

John C. Morgan, Jr., VSB Number 30148
Suad Bektic, VSB Number 90012
8500 Mayland Avenue, Floor 1
Richmond, Virginia 23294
(804) 997-7395 (phone)
*Counsel for the Debtor/Plaintiff*