# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: MichelleStehle | Date Created: 10/9/2025 |
| Case: 25–03033–KLP | Form ID: initsc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Suad Bektic    sbektic@newdaylegal.com

TOTAL: 1