IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | § § § § § § § | Case No. 25-31871-KLP <br><br> Chapter 7 |
| **CHRISTINA M. MCDERMOTT,** | | |
| Debtor. | | |
| **CHRISTINA M. MCDERMOTT** | § § § § § § § § § § § § § § § § | Adv. Proc. No. 3:25-AP-3033 |
| Plaintiff, | | |
| v. | | |
| **UNITED STATES OF AMERICA DEPARTMENT OF EDUCATION** | | |
| and | | |
| **MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE** | | |
| Defendants. | | |

**JOINT STIPULATION TO DISMISS
DEFENDANT AIDVANTAGE WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A), as made applicable through FED. R. BANKR. P. 7041, Plaintiff Christina M. McDermott ("Plaintiff") and Defendant Maximus Education, LLC d/b/a Aidvantage ("Aidvantage"; together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree (this "Stipulation") to the dismissal of all claims

John C. Morgan, Jr., VSB # 30148
NEW DAY LEGAL, PLLC
8500 Mayland Drive, Floor 1
Richmond, VA 23294
Telephone (804) 997-7395
*Attorneys for Plaintiff*
HB: 4921-5178-1753.2

against Aidvantage without prejudice and to the dismissal of Aidvantage as a Defendant in the above-captioned Adversary Proceeding. This Stipulation shall dismiss Plaintiff's claims against Aidvantage only and shall not affect or limit any claims Plaintiff has asserted against the United States Department of Education in the Adversary Proceeding, which shall remain pending for adjudication pursuant to 11 U.S.C. § 523(a)(8).

The Parties request that the case caption in this Adversary Proceeding be amended to remove Maximus Education, LLC d/b/a Aidvantage.

Respectfully submitted on November 11, 2025.

**NEW DAY LEGAL, PLLC**

/s/ *John C. Morgan*
John C. Morgan, Jr.,VSB # 30148
8500 Mayland Drive, Floor 1
Richmond, Virginia 23294
Phone: (804) 997-7395
Email: jcm@newdaylegal.com

*Attorneys for Plaintiff*

HB: 4921-5178-1753.2

**STIPULATED AND AGREED TO BY:**

        **HUSCH BLACKWELL LLP**

        */s/ Steven Neeley*
        Steven Neeley, Esq.
        1801 Pennsylvania Avenue, NW
        Suite 1000
        Washington, DC 20006
        Phone: (202) 378-2331
        Email: steve.neeley@huschblackwell.com

        *Attorneys for Defendant Maximus Education, LLC dba Aidvantage*