IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTINA M. MCDERMOTT, | ) | Bankr. No. 25-31871-KLP |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| CHRISTINA M. MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 3:25-AP-3033-KLP |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT ORDER

UPON CONSIDERATION of the Joint Motion to Stay Adversary Proceeding filed by

the parties, and with the agreement of the parties as evidenced by the signature of counsel,

below,

IT IS HEREBY ORDERED THAT:

1.      The above-captioned adversary proceeding is hereby stayed through and

including May 15, 2026.

2.      The deadlines and requirements set forth in the Summons and Notice and the

Initial Scheduling Order (Dkt. Nos. 2 and 3), are likewise stayed.

Robert P. McIntosh, VSB No. 66113
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-7404
Facsimile: (804) 771-2316
Email: Robert.McIntosh@usdoj.gov
*Counsel for the United States of America*

3.        The parties shall file a joint status report on or before May 8, 2026, advising the

Court whether they believe any grounds exist for requesting a further extension of the stay of this

proceeding, or whether dismissal or placement of the adversary proceeding case back on the

Court's active docket is appropriate.

4.        This matter is set for a Status Conference on May 20, 2026, at 9:30 a.m. in

Courtroom 5100, United States Courthouse, 701 East Broad Street, Richmond, Virginia.

5.        The clerk will mail a copy of this order, or give electronic notice of its entry, to

the parties listed below.


Date: Jan 13 2026

/s/ Keith L Phillips

KEITH L. PHILLIPS
United States Bankruptcy Judge

ENTERED ON THE DOCKET: Jan 13 2026

Copies to:

Robert P. McIntosh
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219

John C. Morgan, Jr.
Suad Bektic
8500 Maryland Avenue, Floor 1
Richmond, Virginia 23294

I ASK FOR THIS:

/s/ Robert P. McIntosh
Robert P. McIntosh
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-7404
Facsimile: (804) 771-2316
Email: Robert.McIntosh@usdoj.gov
*Counsel for the United States of America*

SEEN AND AGREED: By Robert P. McIntosh w/
authorization by John C. Morgan, Jr.,
based on email dated 1/8/2026.

/s/ John C. Morgan, Jr.
John C. Morgan, Jr.
NEW DAY LEGAL
8500 Maryland Avenue, Floor 1
Richmond, Virginia 23294
Telephone: (804) 997-7395
Facsimile: (888) 612-0943
Email: jcm@newdaylegal.com
*Counsel for the Plaintiff*

<u>LOCAL RULE 9022-1(C) CERTIFICATION</u>

      I hereby certify that the foregoing proposed Order has been signed by all necessary parties.

Date:  January 9, 2026

                                /s/ Robert P. McIntosh
                                Robert P. McIntosh
                                Assistant United States Attorney