# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: KimberlyDietz | Date Created: 1/13/2026 |
| Case: 25–03033–KLP | Form ID: pdford7 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Robert P. McIntosh    Robert.McIntosh@usdoj.gov
aty    Suad Bektic    sbektic@newdaylegal.com

TOTAL: 2